PS 8
(5/04)

# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 2 5 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| U.S.A. vs. | Randall, Sheila Louise | Docket No. | 0980 2:13CR02092-031 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Carrie A Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Sheila Louise Randall, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 12th day of September, 2013, under the following conditions:

**Condition #6**: Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Condition #3**: Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On September 24, 2013, the defendant reported to the U.S. Probation Office for her intake at which time she signed her pretrial release reporting instructions advising her she would be reporting in person once a month as well as telephone reporting each Monday.

Ms. Randall failed to call this officer on Monday, October 14, 2013, for telephone reporting. On October 18, 2013, this officer called the defendant's cell phone and left a message instructing her to report to this officer on October 21, 2013. Ms. Randall failed to report as instructed on October 21, 2013, and this officer again attempted to contact her on October 22, 2013, and left a second message on her cell phone to contact this officer that day before the close of business. Ms. Randall did not contact this officer and attempts to contact Ms. Randall or her mother regarding this noncompliance issue have been unsuccessful. In speaking with the defendant's attorney, he also has not had contact with the defendant

**Violation #2:** The defendant was scheduled to appear before Your Honor, for a pretrial conference on October 23, 2013. The defendant did not appear for court as ordered.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | Respectfully submitted, |
|---|---|
| by | s/Carrie A. Valencia |
|  | Carrie A Valencia |
|  | U.S. Pretrial Services Officer |

Sworn to before me, and subscribed

10/25/13
Date          at Yakima, Washington

_____
Signature of Judicial Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

10/25/13
_____
Date